7jgmtwoh (7/12)

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

*In Re:*  Micah R. Newman and Lisa Jeanne Newman
*Debtor*

*Bankruptcy Case No.*
11–31211–can7

**Norman Rouse**
    Plaintiff(s)

*Adversary Case No.*
13–03007–can

v.

**Tommy Newman**
    Defendant(s)

## JUDGMENT

    The issues of this proceeding having been duly considered by the Honorable Cynthia A. Norton , United States Bankruptcy Judge, and a decision having been reached without trial or hearing.

*IT IS ORDERED AND ADJUDGED*: , that judgment be entered against Tommy Newman for the benefit of the estate in the amount of $52,000 plus interest as allowed by law from the date of this judgment.



Ann Thompson
Court Executive

By: /s/ Jamie McAdams
    Deputy Clerk

Date of issuance: 9/6/13

Court to serve